Anthony P. Schoenberg (State Bar No. 203714)
Monali S. Sheth (State Bar No. 239511)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
aschoenberg@fbm.com
msheth@fbm.com

Attorneys for Cross-Defendant
CARTER HOLT HARVEY HOLDINGS USA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYLINE SCAFFOLD, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KENNISON FOREST PRODUCTS, INC., a Corporation, and DOES 1 through 50,<br><br>Defendant. | Case No.  2:08-cv-00367-MCE-GGH<br><br>**STIPULATION AND ORDER TO SUBMIT THE ACTION TO THE VOLUNTARY DISPUTE RESOLUTION PROGRAM PURSUANT TO L.R. 16-271 AND 83-143** |
| KENNISON FOREST PRODUCTS, INC.,<br><br>Cross-Complainant,<br><br>vs.<br><br>CARTER HOLT HARVEY HOLDINGS USA, INC., a Corporation, and ROES 1 through 50, inclusive,<br><br>Cross-Defendant. | |

1  WHEREAS, Plaintiff Skyline Scaffold, Inc. ("Skyline"), Defendant and Cross-Plaintiff
2  Kennison Forest Products, Inc. ("Kennison"), and Cross-Defendant Carter Holt Harvey Holdings
3  USA, Inc. ("CHH") (collectively, "the Parties") are willing to participate in the Voluntary
4  Dispute Resolution Program ("VDRP") pursuant to L.R. 16-271;

5  WHEREAS, the Parties propose that the VDRP process take place before the settlement
6  conference, which is presently scheduled on October 17, 2008 at 9 a.m. before the Honorable
7  Gregory G. Hollows;

8  WHEREAS, Skyline and Kennison have already exchanged documents and responses to
9  written discovery;

10  WHEREAS, CHH will have received written responses and documents to its First Set of
11  Special Interrogatories and its First Set of Request for Production of Documents from Skyline and
12  Kennison, respectively, before the end of July 2008;

13  WHEREAS, Skyline has stated its intent to depose John Warlikowski, Sales Manager at
14  Kennison, on August 4, 2008;

15  WHEREAS, CHH is not available to participate in the VDRP process during the month of
16  September 2008;

17  WHEREAS, the Parties propose that the VDRP process be completed in the last week of
18  August 2008 and the assigned Neutral file a confirmation of that completion no later than August
19  29, 2008;

20  WHEREAS, the Parties agree that scheduling the VDRP process in the last week of
21  August 2008 will not modify any existing Case Management dates;

22  THEREFORE, pursuant to L.R. 16-271 and 83-143 and subject to the approval of the
23  Court, the parties hereby stipulate and agree to participate in the VDRP in the last week of August
24  2008.

25  SO STIPULATED:

26
27
28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

| | | |
|---|---|---|
| 1 | Dated: July 22, 2008 | FARELLA BRAUN & MARTEL LLP |
| 2 | | |
| 3 | | By: /S/ |
| 4 | |     Monali S. Sheth |
| 5 | | Attorneys for Cross-Defendant<br>CARTER HOLT HARVEY HOLDINGS<br>USA, INC. |
| 6 | | |
| 7 | Dated: July 22, 2008 | GRAY & PROUTY P.C. |
| 8 | | |
| 9 | | By: /S/<br>    James C. Hazen |
| 10 | | Attorneys for Defendant and Cross-Plaintiff KENNISON FOREST |
| 11 | | PRODUCTS, INC. |
| 12 | Dated: July 22, 2008 | CHERNAY PETERSON |
| 13 | | |
| 14 | | By: /S/<br>    Todd L. Peterson |
| 15 | | Attorneys for Plaintiff |
| 16 | | SKYLINE SCAFFOLD, INC. |

Upon stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff Skyline Scaffold, Inc., Defendant and Cross-Plaintiff Kennison Forest Products, Inc. and Cross-Defendant Carter Holt Harvey Holdings USA, Inc. participate in the Voluntary Dispute Resolution Program during the last week of August 2008, pursuant to L.R. 16-271 and 83-143.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 4, 2008

DATED: August 4, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

I, Monali S. Sheth, hereby attest that I have obtained consent for, and will maintain on file, all holograph signatures for any signatures indicated by a "conformed" signature ("/S/") within this e-filed document.

Dated: July 22, 2008                           FARELLA BRAUN & MARTEL LLP

                                               By: /S/_____
                                                   Monali S. Sheth

                                               Attorneys for Cross-Defendant
                                               CARTER HOLT HARVEY HOLDINGS
                                               USA, INC.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400